UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIANDREA BRYANT,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>INDYMAC BANK and Does 1 to 10, inclusive,<br><br>　　　　Defendants. | Case No. CV 08-07923 DDP(Ex)<br><br>**ORDER TO SHOW CAUSE WHY THIS ACTION SHOULD NOT BE DISMISSED FOR LACK OF SUBJECT MATTER JURISDICTION** |

　　　The Court orders the parties to show cause why this action should not be dismissed for lack of subject matter jurisdiction. The Plaintiff brought suit in District Court alleging state law claims and asserting diversity jurisdiction. The Court is not convinced that complete diversity exists between the parties. See 28 U.S.C. § 1332(a),(c).

　　　The Court orders the parties to file cross-briefs, not to exceed ten pages, on or before 5:00 P.M. on March 30, 2009, to show cause why this action should not be dismissed for failure to establish federal jurisdiction. The briefs should set forth the

1  citizenship of all parties to this action.  The parties should also
2  deliver a courtesy copy to chambers, Room 244-J, Second Floor, 312
3  N. Spring Street, Los Angeles.  If a party does not file a brief,
4  the Court will regard that party as not opposing dismissal of this
5  matter.

7  IT IS SO ORDERED.

10 Dated: March 13, 2009

                                    _____
                                    DEAN D. PREGERSON
                                    United States District Judge